

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-84,586-04

### EX PARTE KELLY CEKIMBER PICKETT, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 007-1489-17-A IN THE 7TH DISTRICT COURT
### FROM SMITH COUNTY

*Per curiam*.  YEARY, J. filed a dissenting opinion joined by SLAUGHTER, J.

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967).  Applicant pleaded guilty to theft, in Cause No. 007-1488-17, and was sentenced to twelve years' imprisonment.  That same day, Applicant also pleaded guilty to unauthorized use of a motor vehicle, in this case, Cause No. 007-1489-17, and was sentenced to seven years' imprisonment.  Applicant did not appeal his convictions.

Applicant contends, among other things, that his unauthorized use of a motor vehicle conviction in Cause No. 007-1489-17 violates the Double Jeopardy Clause of the United States Constitution.  The State agrees that Applicant is entitled to double jeopardy relief.  The trial court

determined that Applicant was convicted of both theft and unauthorized use of a motor vehicle for stealing the same truck and that a defendant cannot be rightfully convicted for both truck theft and unauthorized use of that same truck, because unauthorized use is a lesser-included offense of theft. The trial court, therefore, found that Applicant's conviction in Cause No. 007-1489-17 should be vacated because it violates his protection against double jeopardy.

We agree. Relief is granted. *Ex parte Jefferson*, 681 S.W.2d 33, 34 (Tex. Crim. App. 1984). The judgment in cause number 007-1489-17 in the 7th District Court of Smith County is set aside. Applicant's remaining claims in this application are denied. In a separate action, this Court denied relief in WR-84,586-03 relating to cause number 007-1488-17.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: FEBRUARY 15, 2023
Do not publish